IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TRENTON GARTMAN,                )
                                )
        Plaintiff,              )
                                )
v.                              )        CASE NO. 2:18-cv-534-GMB
                                )        [wo]
SERLIORIS PERRY, *et al.*,      )
                                )
        Defendants.             )

## ORDER

This case is before the court on the Plaintiff's response to the court's Order to show cause why this action should not be dismissed against those Defendants to this action who have not been served. The Plaintiff represents that he has been actively searching for the unserved Defendants and requests, pursuant to Fed. R. Civ. Pro. 4(m), that the court allow 45 additional days to obtain service on Lateshia Bell and Patrick Cheatman. Upon consideration of the Plaintiff's submission, the court determines that the circumstances warrant an extension of time. *See Lepone-Dempsey v. Carroll Cnty. Commi.*, 476 F.3d 1277, 1282 (11th Cir. 2007).

Accordingly, it is hereby ORDERED that the deadline for the Plaintiff to effect service on the Defendants named in the Complaint is extended until October 9, 2018.

DONE this 24th day of August, 2018.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE