IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TRENTON GARTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv534-MHT |
| | ) | (WO) |
| PATRICK CHEATHAM, an | ) | |
| Individual, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Based upon plaintiff Trenton Gartman's agreement to dismiss all of his claims against defendants Latechia Ball and QCHC, Inc., as well as his claim against defendant Lisa Brady under the Alabama Medical Liability Act, Ala. Code §§ 6-5-480, *et seq.*, *see* Pl.'s Consolidated Resp. to Defs.' Mots. For Summary Judgment (Doc. 176) at 1 n.1, it is ORDERED that:

(1) Plaintiff Trenton Gartman's claims against defendants Latechia Ball and QCHC, Inc. are dismissed with prejudice, and said defendants are terminated as parties to this action.

(2) Defendant Ball's motion for summary judgment

(Doc. 166) and defendant QCHC, Inc.'s motion for summary judgment (Doc. 170) are denied as moot.

(3) Plaintiff Gartman's claim against defendant Lisa Brady under the Alabama Medical Liability Act is dismissed with prejudice.  Plaintiff Gartman's claim against defendant Brady under 42 U.S.C. § 1983 remains pending.

(4) All other claims remain pending as well.

DONE, this the 9th day of March, 2022.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE