IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **TRENTON GARTMAN,** )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>**PATRICK CHEATHAM, an** )<br>**Individual, et al.,** )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:18cv534-MHT<br>(WO) |

**ORDER**

Based on the representations made on the record at the pretrial hearing on March 9, 2022, it is ORDERED that plaintiff Trenton Gartman's motion for attorney-conducted voir dire (Doc. 192) is granted to the extent set forth at the pretrial hearing.

DONE, this the 9th day of March, 2022.

                      /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE