IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TRENTON GARTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv534-MHT |
| | ) | (WO) |
| PATRICK CHEATHAM, an | ) | |
| Individual, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

With regard to all motions in limine and written evidentiary objections filed before trial and not otherwise set for submission and briefing by court order, it is ORDERED as follows:

(1) By no later than 14 business days before jury selection, counsel for the parties are to meet, in person, to attempt to resolve the motions and objections.

(2) By no later than seven business days before jury selection, counsel for the parties are to file a jointly prepared report (a) as to which issues in the motions and objections are resolved and which ones

remain unresolved and (b) for each and every unresolved issue, setting forth in detail the position of each side.

    DONE, this the 15th day of March, 2022.

                                /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE