IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TRENTON GARTMAN,            ) | |
|     Plaintiff,       ) | |
|                  ) | CIVIL ACTION NO. |
|    v.                  ) | 2:18cv534-MHT |
|                  ) | (WO) |
| PATRICK CHEATHAM, an        ) | |
| Individual, et al.,         ) | |
|                  ) | |
|     Defendants.      ) | |

**ORDER**

Based on the representation of plaintiff's counsel to the court's courtroom deputy that he will not call Michael D. McMunn, R.N., as an expert at trial, it is ORDERED that the motion to strike, exclude, and disqualify Michael D. McMunn, R.N., as an expert, including both of his Rule 26 reports (Doc. 162), which was previously denied in part as moot, *see* Order (Doc. 218) at 2, is denied in all remaining respects as moot.

DONE, this the 18th day of March, 2022.

                                      /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE