IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TRENTON GARTMAN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:18cv534-MHT |
| ) | (WO) |
| PATRICK CHEATHAM, an ) | |
| Individual, et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that the joint motion of all parties for an extension of time to file the summary report of the parties' evidentiary meeting (Doc. 255) is granted and the parties are allowed until 5:00 p.m. today to file their report or reports.

DONE, this the 29th day of March, 2022.

                                            /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE