IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **TRENTON GARTMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | **2:18cv534-MHT** |
| ) | **(WO)** |
| **PATRICK CHEATHAM, an** ) | |
| **Individual, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

As stated in open court on April 6, 2022, it is ORDERED that the motions for judgment as a matter of law (Doc. 264, Doc. 265, Doc. 266, & Doc. 267) are denied.

DONE, this the 7th day of April, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**