IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TRENTON GARTMAN,            )
                           )
     Plaintiff,             )
                           )          CIVIL ACTION NO.
     v.                     )          2:18cv534-MHT
                           )             (WO)
PATRICK CHEATHAM, an        )
Individual;                 )
JABARI AGEE, an             )
Individual; and             )
LISA BRADY, an Individual;  )
                           )
     Defendants.            )
```

## JUDGMENT

On April 7, 2022, after this cause had been submitted to a jury, the jury, which had 12 members, returned a verdict as follows:

"(1) Do you find from a preponderance of the evidence that plaintiff Trenton Gartman may recover on his claim of deliberate indifference against one or more defendants as that claim has been described in the jury instructions?

YES ___X___
NO _____

"If yes, against which defendant or defendants?

```
Patrick Cheatham    _____
Jabari Agee         _____
Lisa Brady            X
```

"If your answer is 'No,' this ends your deliberations and your foreperson should sign and date the last page of this verdict form. If your answer is 'Yes,' go to the next question.

"(2) If your answer to question one is yes, do you find from a preponderance of the evidence that plaintiff Gartman should be awarded compensatory damages?

```
YES    X
NO   _____
```

"If yes, in what amount?

$ 100,000

"(3) If your answer to question one is yes, do you find from a preponderance of the evidence that punitive damages should be assessed against one or more defendants in light of the standard for the award of punitive damages that the court has described in the jury instructions?

```
YES    X
NO   _____
```

"If yes, against which defendant or defendants and in what amount?

2

```
Patrick Cheatham  $_____
Jabari Agee       $_____
Lisa Brady        $ 35,000
```

                    /s/   Joe Acker, III
                         FOREPERSON

      DATED: 4/7/22"

     It is therefore the ORDER, JUDGMENT, and DECREE of

the court:

     (1) That judgment is entered in favor of defendants

Patrick Cheatham and Jabari Agee and against plaintiff

Trenton Gartman, with plaintiff Gartman taking nothing

by his complaint from these two defendants;

     (2) That judgment is entered in favor of plaintiff

Gartman and against defendant Lisa Brady; and

     (3) That plaintiff Gartman have and recover from

defendant Brady the sum of $ 100,000.00 in compensatory

damages and the additional sum of $ 35,000.00 in

punitive damages.

It is further ORDERED that costs are taxed against defendant Brady, for which execution may issue.

This case is closed.

DONE, this the 8th day of April, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

4